04-CV-05574-ORD

FILED _____ LODGED
_____ RECEIVED

DEC 08 2004

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD ROY SCOTT,<br><br>        Plaintiff,<br><br>v.<br><br>MARK SELING, *et al.*,<br><br>        Defendants. | Case No. C04-5147RJB |
| RICHARD ROY SCOTT,<br><br>        Plaintiff,<br><br>v.<br><br>JOSEPH LEHMAN,<br><br>        Defendant. | Case No. C04-5521FDB |
| RICHARD ROY SCOTT,<br><br>        Plaintiff,<br><br>v.<br><br>STEVE STULTEMEIER, *et al.*,<br><br>        Defendants. | Case No. C04-5365RJB |
| RICHARD ROY SCOTT,<br><br>        Plaintiff,<br><br>v.<br><br>BECKY DENNY, *et al.*,<br><br>        Defendants | Case No. C04-5574RBL ✓ |

Case Management Order
Page - 1

| | |
|---|---|
| RICHARD ROY SCOTT,<br><br>               Plaintiff,<br><br>v.<br><br>JOHN DOE RICHARDS, et al.,<br><br>               Defendants. | Case No. C04-5582RBL |
| RICHARD ROY SCOTT,<br><br>               Plaintiff,<br><br>v.<br><br>WEST DIAZ,<br><br>               Defendant. | Case No. C04-5598RBL<br><br>CASE MANAGEMENT ORDER |

The undersigned district judges, having reviewed the Report and Recommendation Regarding Case Management of Magistrate Judge J. Kelley Arnold and Magistrate Judge Karen L. Strombom, which report is dated October 27, 2004, and objections to the report and recommendation, if any, and the remaining record, do hereby find and ORDER:

(1) In any case in which Mr. Scott seeks *in forma pauperis* (IFP) status, he may not file any pleadings requesting any type of relief until such time as the Complaint has been filed and a Notice of Appearance has been timely filed on behalf of all the named defendants.

(2) Subpoenas will not be issued to Mr. Scott by the clerk's office without prior approval by the judge. Mr. Scott shall file a motion requesting the issuance of subpoenas. For each subpoena requested he shall include the name of the person he intends to name on the subpoena, the address of that individual, the specific purpose of the subpoena and how that relates to the matters being litigated in that particular suit. The defendant need not respond to the motion unless directed to do so by the judge.

(3) U.S. Marshal's Service Forms shall not be issued to Mr. Scott by the clerk's office without prior approval by the judge. Mr. Scott shall file a motion with the court requesting a specific number of service forms and he shall provide the name and address of each individual for whom a service form is requested. The judge shall make the determination as to the appropriateness of the request.

(4) The plaintiff shall only file an original pleadings with the court and not a bench copy.

(5) The plaintiff shall comply with Local Rule 10(e)(9) for the United States District Court for the Western District of Washington. In particular, all documents shall be filed on 8 1/2 x 11 inch paper and no document filed with the court shall be double sided.

(6) In all pleadings filed by Mr. Scott, the caption shall contain the full name of the plaintiff and at least the full name of the first named defendant as well as the correct cause number.

(7) Whenever any pleadings or documents received from Mr. Scott are not mailed in an envelope, the first sheet of paper which contains the mailing address of the court shall be the envelope and that may be discarded by the clerk. The first sheet of paper which contains the mailing address of the court shall not contain any part of the pleadings being filed with the Court.

(8) The plaintiff may not file documents in other cases for other residents of the Special Commitment Center.

(9) When the plaintiff files an exhibit, it must be clearly marked as an exhibit and the exhibits shall be numbered consecutively. Each exhibit must be referenced in the pleading to which it is attached, identifying what the exhibit is and why it is being attached.

(10) The plaintiff shall comply with all orders which stay a proceedings. The plaintiff shall not file any motions in the particular case until the stay has been lifted by the court.

(11) Any motion for temporary restraining order (TRO) or other injunctive relief must comply with all of the requirements of Fed. R. Civ. P. 65. Any motion for a TRO or other injunctive relief, other than contained in a complaint, must first be reviewed by the judge. If the motion does not meet the requirements of Fed. R. Civ. P. 65 the motion shall be filed with the judge's notation that the document is to be filed with no further ruling by the Court. The defendant in the case need not file a response to the motion unless directed to do so by the judge.

(12) With regard to motions filed with the court, the plaintiff shall comply with Local Rule 7(b) of the United States Court for the Western District of Washington. No party may file a response to a reply or any additional pleadings beyond those allowed by that rule.

Case Management Order
Page - 3

(13) This same order shall be entered by the assigned magistrate judge in all future cases which the plaintiff files in the United States District Court in the Western District of Washington at Tacoma.

DATED this 8th day of December, 2004.

_____
Franklin D. Burgess
United States District Judge

_____
Ronald B. Leighton
United States District Judge

_____
Robert J. Bryan
United States District Judge

Case Management Order
Page - 4