|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 |   |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD ROY SCOTT,

       Plaintiff,

  v.

AL NERIO *et al.*,

       Defendants.

Case No.  C06-5340RJB

ORDER

      This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4. Plaintiff has clarified that he wishes to serve his complaint despite his being granted *in forma pauperis* status.  (Dkt. # 7).  The clerks office is directed to send Mr. Scott a filled out summons for each defendant named in this action.

      Plaintiff will have 120 days from the date of this order to perfect service.

      DATED this 22nd day of August, 2006.

                                        /S/ J. Kelley Arnold
                                        J. Kelley Arnold
                                        United States Magistrate Judge

ORDER
Page - 1