UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD ROY SCOTT,

    Plaintiff,

v.

AL NERIO *et al.*,

    Defendants.

Case No. C06-5340RJB

ORDER DENYING PLAINTIFF'S MOTION TO CONDUCT NON STENOGRAPHIC DEPOSITIONS AND GRANTING LEAVE TO CONDUCT DEPOSITIONS ON WRITTEN QUESTION

    This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4. Before the court is plaintiff's motion asking for leave to conduct non-stenographic depositions. The motion is **DENIED**.

    Plaintiff has leave of court to serve written deposition questions on defendants counsel. Answers or objections will be due thirty days after service is accomplished.

    The clerk is directed to send a copy of this document to plaintiff and counsel for defendants.

DATED this 16th day of November, 2006.

        */S/ J. Kelley Arnold*
        J. Kelley Arnold
        United States Magistrate Judge

ORDER
Page - 1