UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD ROY SCOTT,

    Plaintiff,

v.

AL NERIO *et. al.*,

    Defendant.

Case No.  C06-5340RJB

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Plaintiff's motions for temporary restraining orders is **DENIED**.  The record in this action shows plaintiff is not able to show injury.

(3)    The Clerk is directed to send copies of this Order to plaintiff, counsel for defendant, and to the Hon. J. Kelley Arnold.

DATED this 11th day of December, 2006.

/s/ Robert J. Bryan
Robert J. Bryan
United States District Judge

ORDER
Page - 1