UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD ROY SCOTT,

        Plaintiff,

v.

AL NERIO, *et al.*,

        Defendants.

Case No. C06-5340RJB

ORDER

This matter comes before the Court on Plaintiff's "Motion for Reconsideration of Order Denying Apdopting [sic] R & R re: TRO Dkt. # 46." Dkt. 54. The Court has considered the pleading filed in support of the motion, and the remainder of the file herein.

On October 3, 2006, Plaintiff filed a pleading entitled "Mt for Emergency Immediate TRO" (Dkt. 16) and on October 2, 2006, Plaintiff filed a pleading entitled "Motion for TRO" (Dkt. 18). Both motions dealt with the number of copies and envelopes Plaintiff is allotted each month at the Special Commitment Center. *Id.* On November 9, 2006, U.S. Magistrate Judge J. Kelley Arnold recommended that this Court deny Plaintiff's motions, finding that Plaintiff had failed to show irreparable injury. Dkt. 34-1. On December 11, 2006, this Court adopted Judge Arnold's recommendation and denied the two motions. Dkt. 46. Plaintiff now seeks a reconsideration of the December 11, 2006 Order Adopting Report and Recommendation (Dkt. 46). Dkt. 54.

Local Fed. R. Civ. P. 7(h) provides, in relevant part, as follows:

Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.

ORDER
Page - 1

Plaintiff's motion for reconsideration should be denied. Plaintiff has failed to show a manifest error in the prior ruling or new facts or legal authority which could not have been brought to the Court's attention earlier with reasonable diligence. Plaintiff has failed to meet his burden under Local Fed. R. Civ. P. 7(h).

Therefore, it is hereby

**ORDERED** that Plaintiff's "Motion for Reconsideration of Order Denying Apdopting [sic] R & R re: TRO Dkt. # 46" (Dkt. 54) is DENIED. The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 21st day of December, 2006.

Robert J. Bryan
United States District Judge