UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD ROY SCOTT,

    Plaintiff,

  v.

AL NERO *et al.*,

    Defendants.

Case No. C06-5340RJB

ORDER DENYING PLAINTIFF'S MOTION TO CONDUCT DISCOVERY WITHOUT PREJUDICE AND DENYING DEFENDANTS MOTION FOR A PROTECTIVE ORDER AS MOOT

    This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MAR. 1, MAR. 3, and MAR. 4. Before the court is plaintiffs' motion asking for leave to conduct discovery (Dkt. # 45). The court has recently entered an order granting defendants a protective order and limiting discovery in this case. Mr. Scotts' requested discovery is overly broad given that court order. Therefore, his motion for additional discovery is **DENIED WITHOUT PREJUDICE.** Mr. Scott may submit additional questions for the courts' consideration. His requests must be consistent with the above referenced order.

    Defendants have filed a second motion seeking a protective order (Dkt. # 48). The court order,

ORDER
Page - 1

recently entered, addresses all of Mr. Scotts' discovery requests.  Any question that does not address the April 6, 2006 hearing or evidence from the hearing are struck.  The motion for an additional protective order is **DENIED AS MOOT**.

The clerk is directed to send a copy of this document to plaintiff and counsel for defendants.

DATED this 29 day of January, 2007.

/S/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER
Page - 2