UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD ROY SCOTT,

        Plaintiff,

  v.

AL NERIO *et al.,*

        Defendants.

Case No. C06-5340RJB

ORDER GRANTING DEFENDANTS' MOTION FOR CLARIFICATION

      This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4. Before the court is a motion for clarification (Dkt. # 81).

      On January 29, 2007, the court denied a request to conduct discovery without prejudice and instructed plaintiff he could renew his request by submitting new questions limited to the April 6, 2006, disciplinary hearing that is the subject of this action (Dkt. # 67).

      Defendants now ask for clarification that none of the discovery requested by plaintiff in (Dkt. # 45), is still pending. Defendants' interpretation of the January 29, 2007 order is correct. If plaintiff wishes to conduct further discovery, he will need to submit the written questions for the court to consider. His December 5, 2006, request, (Dkt. # 45), was denied.

      The clerk is directed to send a copy of this document to plaintiff and counsel for defendants.

      DATED this 23 day of February, 2007.

                                /S/ *J. Kelley Arnold*
                                J. Kelley Arnold
                                United States Magistrate Judge

ORDER
Page - 1