UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD ROY SCOTT,

      Plaintiff,

  v.

AL NERIO *et al.,*

      Defendants.

Case No. C06-5340RJB

ORDER CALLING FOR A RESPONSE AND STAYING THE CASE

      This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4. Before the court is plaintiff's Motion for a Temporary Restraining Order (Dkt. # 73). Defendants have filed a response in which they cite to the case management order and indicating no response will be filed unless one is called for (Dkt. # 74). While the issue in this case is unrelated to the relief currently sought, plaintiff's access to courts claim requires a response.

      Defendants response to the motion for temporary restraining order will be due on or before **March 30, 2007**. If plaintiff wishes to reply his reply will be due **April 6, 2007. The court will consider the motion on the April 13, 2007, calendar.**

      The court notes that on February 22, 2007, plaintiffs filed five separate additional motions (Dkt. # 91, 92, 93, 96, and 97). The court does not expect any response to these motions at this time. If a

ORDER
Page - 1

response is required, the court will enter an order so directing. This action is **STAYED**. Other than the response and reply to the motion for temporary restraining order no other pleadings are to be filed at this time. The court will consider the five motions filed February 22, 2007 after considering the motion for a temporary restraining order.

**The clerk's office is directed to re-note the motion for a temporary restraining order, (Dkt. # 73), for April 13, 2007 and to re-note the five motions filed February 22, 2007, (Dkt. # 91, 92, 93, 96, and 97) for April 20, 2007.** The clerk's office is also directed to send a copy of this order to plaintiff and counsel for defendants.

DATED this 13 day of March, 2007.

/S/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge