UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD ROY SCOTT,

    Plaintiff,

v.

AL NERIO *et al.*,

    Defendants.

Case No. C06-5340RJB

ORDER STRIKING MOTIONS FILED WHILE THIS ACTION WAS STAYED

This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4. On March 13, 2007, this action was stayed (Dkt # 112). On March 15, 2007, plaintiff filed a motion for a temporary restraining order (Dkt. # 114).

The motion was filed at a time when the action was stayed and the motion violates the case management order in this case (Dkt. # 6, ¶ 10). The motion will not be considered by the court.

The clerk is directed to send a copy of this order to plaintiff and counsel for defendants and remove Docket 114 from the court's calendar.

DATED this 20, day of April, 2007.

                                            */S/ J. Kelley Arnold*
                                            J. Kelley Arnold
                                            United States Magistrate Judge

ORDER
Page - 1