1

2

3

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

5

6

7    RICHARD ROY SCOTT,

8              Plaintiff,                              C06-5340RJB

9         vs,

10   AL NERIO, et al,                          **MINUTE ORDER**
                                               Regarding Document #161

11             Defendants.

12

13            THE COURT has received two documents in one mailing post marked 5/18/07 which

14   appear to have been mailed by plaintiff to the court.  Both documents state "I was refused copies.  I

15   swear this under threat of perjury" and appear to be signed by plaintiff.  The documents are not offered in

16   support of any specific request for relief.  Pursuant to the direction of the court, the documents will be

17   filed and assigned Docket #161.  No response is required by the defendant(s).  The court will take no

18   further action relative to Docket #161.

19            Entered by Deputy Clerk, /s/ Dara Kaleel, this 22nd day of May, 2007.

20

21

22

23

24

25

26