UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD ROY SCOTT,

    Plaintiff,

v.

AL NERIO *et. al.*,

    Defendant.

Case No. C06-5340RJB

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's motions for temporary restraining orders (Dkts. 168, 195 &189) are **DENIED**. Further, plaintiff's summary judgment motion (Dkt. 196) is **DENIED**.

(3) The Clerk is directed to send copies of this Order to plaintiff, counsel for defendant, and to the Hon. J. Kelley Arnold.

DATED this 9th day of July, 2007.

Robert J. Bryan
United States District Judge

ORDER
Page - 1