# United States District Court

## WESTERN DISTRICT OF WASHINGTON

RICHARD ROY SCOTT                        JUDGMENT IN A CIVIL CASE

     v.

AL NERIO, et al.                        CASE NUMBER: C06-5340RJB

_____  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

     Plaintiff's pending motions (Dkts. 236, 219, 222, 223, 237, 231, 233, 234, 241, 242 243, 246 and 247) and any other pending motions are DENIED; U.S. Magistrate Judge J. Kelley Arnold's Report and Recommendation, Dkt #221, is ADOPTED; Plaintiff is ORDERED to pay $500.00 to the Clerk of Court.

 August 14,  2007_____                        BRUCE RIFKIN_____
                                                     Clerk


                                                     /s/Dara L. Kaleel_____
                                                     By Dara L. Kaleel, Deputy Clerk